DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN WEST,**
Appellant,

v.

**SHIMON WOLKOWICKI, YELLOW FUNDING CORP., BABCOCK & MALABAR, LLC** and **ELENA PALINSKY,**
Appellees.

No. 4D2024-1465

[December 31, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Elizabeth A. Metzger, Judge; L.T. Case No. 2016CA001278.

Nicholas A. Shannin of Shannin Law Firm, P.A., Orlando, for appellant.

Robert J. Hauser of Sniffen & Spellman, P.A., West Palm Beach, and Michel Weisz of Michel O. Weisz, P.A., Doral, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN, JJ., and BELL, CAROLYN, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***